Same case below, 123 Conn. App. 121, 2 A.3d 29.

**No. 10-9069. Brother Yhwh H. Monroe, Petitioner v. Nancy Krippel, et al.**

563 U.S. 1009, 131 S. Ct. 2902, 179 L. Ed. 2d 1249, 2011 U.S. LEXIS 3944, ▮

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 399 Fed. Appx. 799.

**No. 10-9253. Abe B. Evans, Petitioner v. United States.**

563 U.S. 1009, 131 S. Ct. 2902, 179 L. Ed. 2d 1249, 2011 U.S. LEXIS 3865.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-9352. Ronald Post, Petitioner v. Margaret Bradshaw, Warden.**

563 U.S. 1009, 131 S. Ct. 2902, 179 L. Ed. 2d 1249, 2011 U.S. LEXIS 3846.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 621 F.3d 406.

**No. 10-9474. Donald Edward Beaty, Petitioner v. Arizona.**

563 U.S. 1009, 131 S. Ct. 2903, 179 L. Ed. 2d 1249, 2011 U.S. LEXIS 3864.

May 23, 2011. Petition for writ of certiorari to the Superior Court of Arizona, Maricopa County denied.

**No. 10-9533. Sandra Brown, Petitioner v. Illinois.**

563 U.S. 1010, 131 S. Ct. 2903, 179 L. Ed. 2d 1249, 2011 U.S. LEXIS 4006.

May 23, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 402 Ill. App. 3d 1183, 376 Ill. Dec. 784, 1 N.E.3d 117.

**No. 10-9537. Michael A. Alexander, Petitioner v. Greg Grams, Warden.**

563 U.S. 1010, 131 S. Ct. 2903, 179 L. Ed. 2d 1249, 2011 U.S. LEXIS 3937.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-9538. Juan Bradley, Petitioner v. Wayne Chandler, et al.**

563 U.S. 1010, 131 S. Ct. 2903, 179 L. Ed. 2d 1249, 2011 U.S. LEXIS 3909.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-9542. Karen A. Daniels, Petitioner v. Bally's Atlantic City, et al.**

563 U.S. 1010, 131 S. Ct. 2904, 179 L. Ed. 2d 1249, 2011 U.S. LEXIS 3988, ▮

May 23, 2011. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.